# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153088 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                               SC: 153088
                               COA: 329480

ERIC DARNELL GALLOWAY,
        Defendant-Appellant.
                               Oakland CC: 2004-194051-FC

_____/

      On order of the Court, the application for leave to appeal the December 21, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motion for an evidentiary hearing is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017

d0117



Clerk